U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2025 JUN 30 PM 4: 45

CLERK

BY _____
DEPUTY CLERK

IN RE: )
NONJUDICIAL CIVIL FORFEITURE ) Misc. No.: 2:25-mc-103
PROCEEDING )
)
)

**ORDER EXTENDING TIME TO FILE FORFEITURE COMPLAINT
AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through August 31, 2025, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the Federal Bureau of Investigation ("FBI") initiated nonjudicial civil forfeiture proceedings and to which Mamie Jackson asserts an interest, to wit, the following property (collectively, the "Subject Property"):

    a) Approximately $13,510.00 in U.S. currency.

and the United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), the FBI provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about April 3, 2025, the FBI received from Mamie Jackson, a claim form that identifies Ms. Jackson as a claimant asserting an interest in the Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. The United States seeks the requested relief out of an abundance of caution and to permit the parties to explore whether this matter may potentially be resolved without litigation; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, for good cause shown, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through August 31, 2025.

Dated at _____Burlington_____, in the District of Vermont, this 30th day of _June_ 2025.

_____
Christina Reiss, Chief U.S. District Court Judge